**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELCOMMERCE.COM, INC. | No. C 10-80320-MISC JSW |
| Plaintiff, | No. C 10-80321-MISC JSW |
| v. | **ORDER OF REFERRAL** |
| SAP AG AND SAP AMERICA, INC., | |
| Defendants. | |

On December 22, 2010, Plaintiff, elcommerce.com, Inc. filed a Motion to Compel Discovery from McKesson Corporation, which has been assigned case number 10-80320-MISC-JSW, and on that same date filed a Motion to Compel Discovery from Flextronics America, LLC, which has been assigned case number 10-80321-MISC-JSW. It is HEREBY ORDERED that, pursuant to Northern District Civil Local Rule 72-1, that these motions and all further discovery disputes related to the motions are HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution.

**IT IS SO ORDERED.**

Dated: January 3, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani