| | |
|---|---|
| 1 | CHRISTOPHER R. BENSON |
| | **FULBRIGHT & JAWORSKI L.L.P.** |
| 2 | 600 Congress Avenue, Suite 2400 |
| | Austin, Texas 78701-2978 |
| 3 | Telephone:   (512) 474-5201 |
| | Facsimile:   (512) 536-4598 |
| 4 | cbenson@fulbright.com |
| 5 | Attorneys for Plaintiff elcommcerce.com, Inc. |
| 6 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | A Limited Liability Partnership |
| 7 | Including Professional Corporations |
| | STEVEN WINICK, Cal. Bar No. 160815 |
| 8 | shwinick@sheppardmullin.com |
| | BRIAN R. BLACKMAN, Cal. Bar No. 196996 |
| 9 | bblackman@sheppardmullin.com |
| | Four Embarcadero Center, 17th Floor |
| 10 | San Francisco, California 94111-4109 |
| | Telephone:   415-434-9100 |
| 11 | Facsimile:   415-434-3947 |
| 12 | Attorneys for Third-Party MCKESSON CORP. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| elcommerce.com, Inc., | Case No. **3:10-mc-80320 JSW (EMC)** |
| Plaintiff, | Related to Civil Action No. No. 2:09–CV–04458–JD In the Eastern District of Pennsylvania |
| v. | |
| SAP AG and SAP America, INc., | **STIPULATED CONTINUANCE OF HEARING OF ELCOMMERCE'S MOTION TO COMPEL MCKESSON TO COMPLY WITH SUBPOENA ISSUED BY ELCOMMERCE ; ORDER** |
| Defendant. | |
| | Date:         February 23, 2011 |
| | Time:         10:30 am |
| | Courtroom: Courtroom C, 15th Floor |
| | Judge:        Mag. Judge Edward M. Chen |

## STIPULATED CONTINUANCE OF HEARING

Plaintiff elcommerce.com, Inc. files this Stipulated Continuance of Hearing for the hearing scheduled for February 23, 2011 at 10:30 a.m. before Magistrate Judge Edward M. Chen, 450 Golden Gate Avenue, 15th Floor, Courtroom C, San Francisco, CA 94102, on elcommerce's Motion to Compel McKesson to Comply with Subpoena Issued by elcommerce filed December 22, 2010.

elcommerce has conferred with the Courtroom Deputy Ms. Betty Lee and understands the Court is available to hear the referenced motion on May 25. 2011, at 3:00 p.m. before Magistrate Judge Edward M. Chen, 450 Golden Gate Avenue, 15th Floor, Courtroom C, San Francisco, CA 94102. McKesson's Opposition shall be due May 4, 2011. elcommerce's Reply shall be due May 11, 2011.

PLEASE TAKE NOTICE THAT elcommerce and McKesson stipulate to continue the hearing scheduled for February 23, 2011 at 10:30 a.m. before Magistrate Judge Edward M. Chen, 450 Golden Gate Avenue, 15th Floor, Courtroom C, San Francisco, CA 94102, on elcommerce's Motion to Compel McKesson to Comply with Subpoena Issued by elcommerce filed December 22, 2010, to May 25. 2011, at 3:00 p.m. before Magistrate Judge Edward M. Chen, 450 Golden Gate Avenue, 15th Floor, Courtroom C, San Francisco, CA 94102, or another time thereafter convenient to the Court. McKesson's Opposition shall be due May 4, 2011. elcommerce's Reply shall be due May 11, 2011.

McKesson has agreed to produce documents and witnesses responsive to elcommerce's subpoena in the short term. The parties have agreed to continue the hearing pending elcommerce's review of McKesson's production.

1  Dated: February 4, 2011                    Respectfully submitted,

2

3                                             CHRISTOPHER R. BENSON
                                              **FULBRIGHT & JAWORSKI L.L.P.**

4

5

6                                             By /s/ Christopher R. Benson
                                                 CHRISTOPHER R. BENSON
                                                 Attorney for Plaintiff
7                                                Elcommcerce.com, Inc.

8  Dated:  February 4, 2011

9                                             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

10

11                                       By _____
                                              STEVEN H. WINICK
12                                            BRIAN R. BLACKMAN
                                              Attorneys for Third-Party
13                                            MCKESSON CORPORATION

14

15  IT IS SO ORDERED:

16

17  _____
    Edward M. Chen
18  U.S. Magistrate Judge

19  Dated: 2/4/11

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that this pleading was served in accordance with the Federal Rules of Civil Procedure on all known counsel of record on February 4, 2011.

/s/ J. Reid Bumgarner
J. Reid Bumgarner

70999266.1

- 3 -

STIPULATED CONTINUANCE OF HEARING ON ELCOMMERCE'S MOTION TO COMPEL MCKESSON